**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. 4:20-cr-00037 |
| | § |
| | § |
| CRAIG BEASON | § |

## MOTION TO WITHDRAW DEFENDANT'S MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT JUDGE AMOS MAZZANT:**

COMES NOW, Defendant **CRAIG BEASON**, by and through his undersigned attorney, files this Motion to Withdraw his previously file MOTION FOR CONTINUANCE OF, MOTION TO SUPPRESS DEADLINE and PRETRIAL would show unto the Court the following:

I.

The Court had previous set the pre-trial on this case for August 7, 2020. The motion for continuance sought additional time from August 7, 2020 for the pre-trial conference and related deadline, however, this motion was filed in error and does not need to be considered and ruled on by the Court.

**WHEREFORE PREMISES CONSIDERED**, Defendant respectfully requests that the Court grant all relief requested herein.

Respectfully submitted,

/s/ Scott H. Palmer
Scott Palmer
Texas State Bar No. 00797196
15455 Dallas Parkway
Suite 540
Addison Tx, 75001

**Attorney for Defendant**

### CERTIFICATE OF CONFERENCE

I hereby certify that on the 14th day of May 2020 I conferred with Assistance United States Attorney Anand Varadarajan who was unopposed to the filing of this motion and the relief sought.

/s/ Scott H. Palmer
Scott H. Palmer

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2020, a true and correct copy of the foregoing motion was sent by CM/ECF to:

Anand Vardarajan
U.S. Attorney's Office EDTX
101 E Park Blvd
Suite 500
Plano, TX 75074

/s/ Scott H. Palmer
Scott H. Palmer