## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| v. | § Criminal No. 4:20-cr-37 |
| | § |
| **CRAIG BEASON** | § |

### ORDER GRANTING MOTION TO WITHDRAW MOTION FOR CONTINUANCE

Came on to be considered the Defendant's MOTION TO WITHDRAW MOTION FOR CONTINUANCE. Upon consideration of the motion, is hereby GRANTED.